IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D
JUL 31 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

CALVIN P. MALLORY,

    Plaintiff,

v.                                                         Civil Action No. 3:09CV466

VIRGINIA PAROLE BOARD, *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff filed this action on July 21, 2009. Plaintiff's handwritten complaint does not comply with the filing injunction entered in *Mallory v. Chairman*, No. 3:02cv337 (E.D. Va. Oct. 4, 2002). The relevant order provides that

    2.    All future submissions by Mallory will be subject to the following injunction:

        a.    All correspondence submitted by Mallory, pertaining to an action, must bear the appropriate civil action number at the top right hand corner of the front page;

        b.    All motions must be properly labeled and be accompanied by a brief that cites relevant legal authority;

        c.    Any new § 1983 or § 2254 actions must be submitted on the appropriate forms;

        d.    All requests for forms must contain a caption at the top of the first page which clearly states what type of forms Mallory is seeking. Any other correspondence from Mallory, which does not pertain to a pending action, must contain the following caption at the top of the first page "CORRESPONDENCE";

        e.    All submissions must be on 8 ½ by 11 inch paper, be free of stains, and contain writing on only one side;

        f.    All submissions must be legible.

*Id.* at 1. The instant submission is illegible, not filed on the correct forms, lacks an appropriate caption, and appears to not cite any legal authority. Accordingly, the Clerk is DIRECTED to mark Plaintiff's submission "noncompliant" and place it in the brown expandable folder used for Plaintiff's noncompliant submissions. The Clerk is further DIRECTED to file this action for the administrative convenience of the Court. This action will be DISMISSED for failure to comply with the Court's October 4, 2002 Order.

It is so ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Date: 7-30-09
Richmond, Virginia